**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR EN BANC RECONSIDERATION**

Appellate case name:     Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:     01-13-00447-CR

Trial court case number:     1356098

Trial court:                          182nd District Court of Harris County

It is ordered that Appellant's Motion for En Banc Reconsideration is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                                Acting for the En Banc Court*

Date: June 23, 2016

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.